**Vicki M. Smith**, OSB No. 015110
Email: smith@csw-law.com
CHINN SMITH WINTERS LLP
4248 Galewood Street
Lake Oswego, Oregon 97035
Telephone: (503) 675-4306
Facsimile: (503) 386-2086

Of Attorneys for Defendants Aaron Gordon,
Brandon Toney, and Washington County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| **JAMIE WHITMORE, as Guardian and Conservator for KEVIN LAUGHLIN**, <br><br> Plaintiff, <br><br> v. <br><br> **AARON GORDON, an individual, BRANDON TONEY, an individual, WASHINGTON COUNTY**, <br><br> Defendants. | Case No. 3:25-cv-00796-JR <br><br> **DECLARATION OF LAUREL BROWN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Laurel Brown, declare and state as follows:

1. I am the Director of the Facilities, Fleets, and Parks Department of Washington County ("Facilities"), and I make this declaration based on my personal knowledge and after reviewing the documents maintained by my department.

2. The Facilities department receives capital budget requests from other County departments and divisions related to facilities improvements and expenditures. Facilities were delegated the authority to decide which of those requests should be forwarded to the

Page 1 - DECLARATION OF LAUREL
BROWN IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT

**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

County Administrative Office and then ultimately to the County Board of Commissioners for approval.

3.    Attached as Exhibit 1 is a true and correct copy of Facilities' Capital Projects FY 2020-21 Year-End Report issued in July 2021. As reported in that report, Facilities' Capital Project Team evaluated dozens of capital project requests for Fiscal Year 2021-22. It considered and weighed the requests using the following criteria: 1) time sensitive; 2) life safety (short-term)/code compliance/statute; 3) near/end of life; 4) life safety (long-term); 5) department growth/mission change (space planning)/functional inadequacy; 6) grant-funded/Special Fund (General Fund match or contribution); 7) department request; 8) trauma-informed care; 9) sustainability; 10) Employer of Choice. Facilities considered the justification for the request, the prioritization and total score for each request as well as budget allocation considerations.

4.    In the spring of 2022, the County Administrative Office announced there was a budget shortfall of over $20 million and I was told there would be no further funds available for at least the FY 2022-23.

5.    Due to the 2022 budget crisis and instructions from the County Administrative Office, Facilities had to decide which capital projects would proceed, and which would not, by balancing the funding issues, prioritizing funding for critical services, and considering the status of the projects. As a result, Facilities put on hold all projects that were not already in active construction phase for further evaluation and cancelled or paused other ongoing projects.

6.    As to the jump barrier project, we received project estimates that were larger than expected and the jump barrier project had not started active construction when we learned of the budget crisis. As a result, Facilities decided to place the anti-jump barrier

Page 2 - DECLARATION OF LAUREL
BROWN IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT

**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

project on hold until Facilities had the funding it needed to provide for critical services and unplanned failures.

7.      The anti-jump barrier did not lose priority and, in December 2022, Facilities included the anti-jump barrier project in Washington County's FY2023-28 Capital Improvement Plan, which was approved by the Board of Commissioners in June 2023.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 10th day of August, 2026.

BY:  _Laurel Brown_
     Laurel Brown (Aug 10, 2026 17:22:47 PDT)
     Laurel Brown

Page 3 - DECLARATION OF LAUREL
BROWN IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT

**Chinn Smith Winters LLP**
4248 Galewood Street
Lake Oswego, OR 97035
Phone: (503) 675-4306
Fax: (503) 386-2086

**SUPPORT SERVICES**

## FACILITIES & PARKS SERVICES

# CAPITAL PROJECTS

# FY 20/21
# YEAR-END
# REPORT
## JULY 2021

CAPITAL PROJECTS



Exhibit 1
Page 1 of 22

# THE CAPITAL PROJECTS TEAM



**Bassam Khalifeh**
Senior Project Manager



**Geoffrey Kavulya**
Project Manager



**David Johnson**
Project Manager



**Stuart Spafford**
Project Manager



**Craig Hanus**
BIM Manager



**Debbie Vallery**
Senior Financial Analyst



**Missy Hughes**
Administrative Specialist



**Brandon Hill**
Lead Systems Furniture Technician



**Chris Soine**
Systems Furniture Technician



**Greg Ybarra**
Systems Furniture Technician

Exhibit 1
Page 2 of 22

---

CAPITAL PROJECTS TEAM

# MESSAGE FROM
# BASSAM

---



Dear Colleagues,

Happy New Fiscal Year 2021/2022! We're always excited to start the year with a list of new projects.

Last fiscal year we completed 37 projects and 610 work orders. We have several large projects that will carry into this FY. We'll give updates on those projects next month. For now, we wanted to show off our work with a photo gallery of selected projects.

I'm very proud of the Capital Projects team and everything they accomplished this year!

For FY21/22, we able to say "yes" to many new Capital Call project requests. See the full list on pages 6 through 9. We received 34 new requests and re-evaluated 75 from previous years.

*The decisions to fund new projects are carefully considered and based on scores that factor in life safety, department growth, time-sensitivity, available Special Funds, etc.*

We continue to navigate challenges in the construction industry: delays in receiving materials due to supply chain problems, the escalating costs of materials and a labor shortage, but for now they are manageable.

Until next month...

BASSAM KHALIFEH

*Sr. Capital Improvements Projects Manager*

Exhibit 1
Page 3 of 22

# FY 20/21 PROJECTS AT A GLANCE



Exhibit 1
Page 4 of 22

## COMPLETED IN 20/21:

1. 5121 DA's Child Support Relo- GK
2. 5123 Adams Annex Remodel- GK
3. 0000 DA Furniture Upgrade- GK
4. 5137 FMB TI- BK
5. COVID LEC ECR TI- BK
6. 3093 Public Safety Training Center- DJ
7. 5034 Community Corrections Admin Relo- GK
8. 4034 Metzger Park Sport Court- GK
9. COVID State Courts at Wingspan- BK
10. 5028 WSC Mag Chloride Tanks- DJ
11. 2031 PSB 3rd Floor / Rms 370 & 380- BK
12. 5107 Scoggins Valley Bathroom TI- GK
13. 2008 SCE HVAC Replacement- DJ
14. 2011 FMB Roof- BK
15. COVID Relo- Grounds Crew- BK
16. PSB A & T Break Room- BK
17. 2033  CAO Suite TI- BK
18. Jail Retro-Commissioning - BK
19. COVID – Vaccine Clinic at Adams Annex- BK
20. 5122 DA JSB Basement Remodel/Expansion- GK
21. 5122 DA JSB 3rd Floor DV&VS- GK
22. 2019 PSB Soffit Lighting- BK
23. 2012 Hillsboro Clinic HVAC- SS
24. 5034 JSB Community Corrections 2nd Floor TI- GK
25. 5037 WSCC Remodel (showers/lockers/train rooms) BK
26. 2009 WSCC HVAC- BK
27. 5022 Parking Garage Barrier Upgrade- BK
28. 5139 Executive Furniture- BK
29. 3094 Wingspan Event & Conference Center- GK
30. 2041 Armory Roof and Ceiling- GK
31. 2003 Multiple Carpet / Flooring Replacements- BK
32. 2036 Westside Commons Spruce Up- GK
33. 2034 A & T Appraisal TI- SS
34. 0000 Courthouse Courtroom 301 Windows- SS
35. 2042 West Slope Library TI-DJ
36. 5125 Jail Pod 5 Cuff Ports- DJ
37. 5124 HHS' DD Relo to SCE- DJ

## CANCELED:

1. 0000 WSC Rear Entrance Upgrade – GK
2. 5035 JSB Jury Assembly Room – CH
3. 0000 LUT PSB 350 ADA Push Button Entry – SS
4. 5008 LEC Evidence Refrigerator/Freezer – DJ

## ACTIVE PROJECTS

1. 0000  SCE Maternal Child & Family Reconfig- GK
2. 0000  SCE Lactation Room & All-User Bathroom- DJ
3. 2036  622 SE 10th (Econo Lodge) Respite Shelter- GK
4. 3072  WCCCA Center- DJ
5. 3070  Walnut Street Center Seismic- GK
6. 2020  Strategic Facilities Plan- BK
7. 2040  CATT: Ctr For Addictions Triage And Treatment- SS
8. 2030  Jail Security Upgrade- DJ
9. 2025  Housing Services Relo / Adams Crossing Ti = GK
10. 5129  WSC LUT Equipment Parking Shelter- GK
11. 2045  Blanton Discovery- CH/DJ
12. 2022  Harkins House Ti- CH
13. 5007  Jail Walk-In Freezer- DJ
14. 2027  WSC SO Vehicle Evidence Storage- SS
15. 2043  Elections Perimeter Security- DJ
16. 3093  Public Safety Training Center- Additional Scope- DJ
17. 2035  Hearing Room (State Courts/JSB)- CH
18. 2024  LEC: Property Evidence TI- DJ
19. 2026  Juvenile Services TI- GK
20. 2021  SCE Courtroom Security TI- DJ

## HVAC PROJECTS

21. 2007  Public Services Annex HVAC Replacement- DJ
22. 2006  Juvenile  Bldg HVAC- Air Handler Controls- SS
23. 5006  JSB HVAC- Design- SS
24. 5005  LEC/Jail HVAC- Design- SS
25. 5113  Animal Shelter HVAC replacement- SS

## OTHER BER (BUILDING EQUIPMENT REPLACEMENT) PROJECTS

26. 5114  Animal Shelter Roof - SS
27. 5115  Animal Shelter Lighting - DJ
28. 2002  Fire & Security Systems - DJ
29. 2001  Elevator Modernization - DJ
30. 2004 Emergency Generators - GK

## RESCHEDULED

It was decided to delay the following projects and roll them up under the **3070  Walnut Street Center Seismic**:

1. 4017 LUT WSC CPS/ECS TI (B) – Security- SS
2. 5130 LUT WSC OPS TI (A) – Security- GK
3. 0000 WSC Air Handler Unit Replacements- GK
4. 0000 WSC Roof- GK
5. 0000 WSC Security Camera Upgrade- GK
6. * 0000 LUT WSC OPS Conf Room Chairs- GK
7. * 0000 LUT WSC Barco Ops Conf Rm B – GK
8. 2044 WSC Fleet Storage- GK

And these projects planned for 20/21 will be done in 21/22.

9. * 2032 Scoggins VP Equipment Structure/Pole Barn – GK
10. 4004 Courthouse Security Camera Upgrade – GK
11. * 2023 Emergency Management Relo to LEC – SS
12. 2005 Uninterrupted Power Supply (UPS) – GK

*Funded for 21/22*

Exhibit 1
Page 5 of 22

# NEW PROJECTS FOR FY 21/22

This year, in addition to announcing the new projects, we're including additional information to foster transparency into the decision making process.

Each fall, departments and divisions submit requests for capital improvement funds and our project managers' time. We refer to it as "Capital Call." A Facilities panel meets to evaluate the requests based on the following eight criteria:  1) time densitive; 2) life safety (short-term)/code compliance/statute; 3) near/end of life; 4) life safety (long-term); 5) department growth/mission change (space planning)/functional inadequacy; 6) grant-funded/Special Fund (General Fund match or contribution); 7) department request; 8) trauma-informed care; 9) sustainability; 10) Employer of Choice.

Below are the project requests that made the cut within our budget allocation, along with the scores from the panel and the justification that was provided on the submissions. (Some have been edited for space.)

### 1. LEC TRAINING RM MULTIMEDIA PROJECTION TECHNOLOGY UPGRADE

**Project Manager** | David Johnson
**Budget** | $200k
**Score** |24
**Justification |** "The 3 LEC training rooms are used by the Sheriff's Office, Emergency Management and other County Departments. The media systems are outdated, using many legacy-wired control boxes and adapters."

### 2. COMMUNITY CORRECTIONS CENTER BATHROOM REMODEL

**Project Manager** | Geoffrey Kavulya
**Budget** | $400k ($2 million needed to complete)
**Score** |23
**Justification** | "The current bathrooms are starting to leak and have the potential of severe mold issues in the walls. Some of the current shower assemblies are out of date and the repair parts are no longer available. The tiles on the walls and floors are starting to crack and in a couple of the bathrooms the floors are flexing."

### 3. LEC JAIL - UPGRADE ALL EXISTING JAIL SHOWERS

**Project Manager** | David Johnson
**Budget** | $150k ($1 million needed to complete)
**Score** |23
**Justification** | "The current showers are 20 years old with 8 showers being shared by 60-64 inmates.  Upkeep is ongoing, but they are in need of significant repair/replacement. Currently showers are disintegrating and are not easily cleaned."

### 4. BETHANY STATION SO LOBBY BALLISTIC GLASS

**Project Manager** | David Johnson
**Budget** | $40k
**Score** |23

**Justification** | "Bethany station does not always have certified staff presence, leaving civilian staff alone to meet the general public that walks into the building. Having ballistic glass would add a layer of protection for non-certified staff. Provides additional layer of protection for unarmed front office support staff."

### 5. PARKING STRUCTURE STUDY

**Project Manager** | Bassam Khalifeh
**Budget** | $200k for study (est. $2 million needed for maintenance/repair)
**Score** |21
**JUSTIFICATION** | "Parking structure is in need of maintenance on various items.  Potential to combine some items with Garage Barrier project."

### 6. JSB BASEMENT - DA, REDESIGN RECEPTION AREA

**Project Manager** | Geoffrey Kavulya
**Budget** | $75k
**Score** |21
**Justification** | "Redesign the JSB Basement reception area to accommodate a second staff person. With the Victim Assistance Program relocating from the JSB 3rd floor to the Basement, many more people will be redirected to the Basement to meet with advocates and attorneys. It will be challenging for the current receptionist there to greet and assist everyone in a timely manner and the additional traffic to the area will cut back on her ability to complete other assigned duties."

Exhibit 1
Page 6 of 22

### 7. LEC - SO INVESTIGATIONS - UPGRADE VIDEO/AUDIO EQUIPMENT IN INTERVIEW ROOMS

**Project Manager** | Stuart Spafford
**Budget** | $22.5k
**Score** |21
**Justification** | "ORS 133.400 requires certain types of interviews be electronically recorded and there may be unacceptable consequences if evidence is destroyed or lost. More importantly, the loss of critical evidence in major investigations can hinder successful prosecution.
The Law Enforcement Center Training Rooms A, B, C require equipment upgrades to remain viable. Each room has dated systems for multimedia presentations. These systems are comprised of multiple, daisy chained legacy components and (now) non-standard connections. There is no wireless connectivity to the projectors, which are also outdated and dim. The system is primarily driven by a dedicated PC. Access to this system requires a timely profile download from the network to that PC for each user. These rooms are used regularly by WCSO and other county departments for a variety of purposes. This includes the Office of Consolidated Emergency Management, who use rooms A, B and C as their primary Emergency Operations Center. The ability to easily connect and project from a variety of user laptops or other media sources will support multiple workgroups and departments."

### 8. JSB BASEMENT - DA, DIVIDE LARGE OFFICE INTO TWO PRIVATE OFFICES FOR SUPERVISOR AND GRAND JURY COORIDNATOR

**Project Manager** | Geoffrey Kavulya
Budget | $75k
Score |21
**Justification** | "Divide large office into two private offices for supervisor and grand jury coordinator. Convert large office space in JSB Basement (room#05J) into two private offices. This project includes adding a wall to divide the existing private office into two smaller offices and adding a new door that opens into the separate grand jury area. If it is determined the office is not big enough to divide, there is room to expand the north wall out several feet. This project will also require a new workstation be added in the basement for the volunteer coordinator who will need to be relocated due to this project. standard cubicle furniture is sufficient for this. Should this project not be funded the supervisor would continue to work in a cubicle with the staff she supervises until a private office court be created.  By assigning a supervisor to a cubicle we would be compounding the challenge to find available conference room space to hold private conversations with subordinates.  Additionally if this project is not funded then the Grand Jury Coordinator is not able to work in her office and be readily available to jurors at the same time. This impacts the ability of both the grand jury coordinator and the

misdemeanor supervisor to functionally & efficiently perform the duties of their jobs."

### 9. ELAM YOUNG PKWY - HHS DAVS TI, FOOD PANTRY CABINET/ SHELVING/CONFERENCE CABINETS

**Project Manager** | Stuart Spafford
**Budget** | $200k
**Score** |21
**Justification** | "DAVS purchases shelf stable food in quantity to have on hand for clients in need.  This is a small but element of our Housing Coordination program. Because we don't have a good storage solution, items sometimes fall into foot path. It is also unsightly as any visitor coming to our conference room must pass by.
Build or purchase a cabinet with counter space and install a matching overhead cabinet or shelving. The overhead must be shallow enough to allow the full use of the counter top without bumping one's head. DAVS lacks adequate storage space and pre-COVID held frequent meetings using the conference room. We are unable to lock and store the overflow items. Consequences:
Continued safety hazard and unsightly/unprofessional appearance. Inefficient use of space, lack of storage for frequently needed meeting supplies, unprofessional appearance."

### 10. PSB - A&T SUPPORT POSITIONS [BUSINESS MGR/SR ACCT ASST]

**Project Manager** | Stuart Spafford
**Budget** | $75k
**Score** |20
Justification | "The Business Manager and Sr Accounting Assisstant need to discuss confidential and sensitive information. Reconfigure work space to accommodate new Business Analyst and Systems Analyst positions to work with the new Tax System. The current set up is restrictive; and limits the conversations that can be addressed by the Sr Accounting Assistant.  Also the position of the computer monitor and actual documents that have sensitive information, must always be well guarded due the space that the Senior Accounting Assistant sits at. The creation of a confined space for the Business Manager and support staff would create a more conducive working space for sharing information openly; provide work space to work with A&T staff on financial or recruitment matters."

Exhibit 1
Page 7 of 22

### 11. WSC WALNUT STREET CENTER SITE MASTER PLAN

**Project Manager** | Geoffrey Kavulya
**Budget** | $30k
**Score** |18
**Justification |** Identify better overall site utilization; SO requesting additional vehicle impound storage. A number of projects are proposed for improving the WSC site.  Preference is to review the entire site for modifications across departments/divisions.

### 12. JAIL - ANTI-JUMP BARRIERS IN SECOND TIER OF 9 PODS

**Project Manager** | David Johnson
**Budget** | $90k
**Score** |17
**Justification |** "15- Anti-Jump barrier design options.  The upper tier is the most common place for inmates to cause or attempt self-harm.  This is a high-liability, high-risk issue in our facility."

### 13. LEC JAIL - SECURITY, MECHANICAL DOORS

**Project Manager** | Geoffrey Kavulya
**Budget** | $200k
**Score** |17
**Justification |** "Need to fund the renovation of mechanical jail door linkages for door release's used during power failure/emergency door operation (32 sliding doors, have been maintained for about 20 years, need to be upgraded, mechanical work )."

### 14. ANIMAL SHELTER - HHS - REMOVAL OF INCINERATOR

**Project Manager** | Stuart Spafford
**Budget** | $50k
**Score** |17
**Justification |** "The incinerator at Animal Services is no longer useful nor necessary, and it was identified in recent months as a potential hazard and safety risk due to its age and the deteriorating integrity of its firebox and overall structure. Failing to remove the incinerator will prevent better use of the space, may adversely impact the public perception of our efforts to reduce euthanasia, and will likely cost more in removal costs if done later.  Since its removal is inevitable, either as part of a total animal shelter replacement or because it is an unused eyesore that will continue to rust and otherwise deteriorate over time, the consequences of waiting are increased cost and poor public perception of animal services operations.  The benefits, on the other hand, would be immediate and positive: Better use of valuable space that could be re-purposed for a myriad of other uses like storage

of emergency and disaster response supplies like kennels and other response equipment, potential upgrade for medical exam or isolation areas, and an opportunity to promote and encourage public support of Animal Services programs and services by highlighting the fact that we no longer need an incinerator to dispose of animal carcasses."

### 15. WSC - LUT RACKING SYSTEM FOR STREET LIGHTS & SIGNALS

**Project Manager** | Geoffrey Kavulya
**Budget** | $25k
**Score** |No score due to being paid exclusively from LUT's Special Funds
**Justification |** As the number of street lights and traffic signals the County maintains continues to grow, finding space for storage of equipment and replacement materials is becoming a premium. We currently store some of our replacement street light poles and arms on the ground in an area adjacent to the annex shop in the Walnut Street Center equipment yard and our on-call maintenance contractor also keeps a stock of poles and arms in their own yard because we don't have enough space.
LUT currently disposes of poles that could be salvaged from projects because we don't have space to store them. The racking system will help free up space, protect replacement poles and arms, keep items organized, and provide easier access to street light poles and arms when they are needed. Running out of storage capacity and continued practice of disposing good usable materials from projects due to lack of storage.

## RESCHEDULED PROJECTS

These projects were originally planned for last FY, but didn't get adequate funding.

### 17. SCOGGINS VALLEY PARK EQUIPMENT STRUCTURE/ POLE BARN

**Project Manager** | Geoffrey Kavulya
**Budget** | $50k
**Score** |18
**Justification|** "This project seeks financial support for the planned and already-funded pole barn in the Parks maintenance compound. Briefly, the goal of the pole barn is to protect assets from theft, rain, and other environmental concerns. These requested funds would assist in the design, permitting, and utility (electrical and water)  installation costs. Without this support, the existing funds may not cover the project."

Exhibit 1
Page 8 of 22

### 18. WSC - LUT OPERATIONS, CONFERENCE ROOM CHAIR REPLACEMENT

**Project Manager** | Geoffrey Kavulya
**Budget** | $15k
**Score** | 12
**Justification** | "Replace 40 chairs in conference room A, B, G, H.  Chairs are now 20 years old and in need of replacement. Several are in need of, or beyond repair and extremely dirty."

_____

### 19. WSC - LUT - BARCO UNIT AND 65" TV TO CONFERENCE ROOM

**Project Manager** | Geoffrey Kavulya
**Budget** | $10k
**Score** |None needed for this purpose. Paid exclusively out of Special Funds.
**Justification** | "Upgrade meeting room "W" on the second floor at the Walnut Street Center. Add a 65" TV with Barco unit, including the necessary electrical, mounting, equipment, and labor costs. If we don't install a Barco unit, we will continue to use other available rooms in the building."

### EQUIPMENT REPLACEMENTS

### 20. COURTHOUSE COMPLEX HVAC CONTROLS REPLACEMENT
**Project Manager** | Stuart Spafford
**Budget** | $350k

### 21. HARKINS HOUSE HVAC RETROFIT
**Project Manager** | Craig Hanus
**Budget** | $150k

### 22. JAIL GREASE INTERCEPTOR
**Project Manager** | Geoffrey Kavulya
**Budget** | $200k

### 23. JAIL HVAC
**Project Manager** | Geoffrey Kavulya
**Budget** | $2,000,000k

### 24. JUSTICE SERVICES HVAC
**Project Manager** | Stuart Spafford
**Budget** | $750k

### CONTINUED FROM FY20/21
These projects are on last FY's project list. These were in the feasibility or Requests for Proposals stage, but have funding to actually start this year.

### 25. JAIL SECURITY SYSTEM
**Project Manager** | David Johnson
**Budget** | $750k
**Score** |24

### 26. STRATEGIC FACILITIES PLAN

**Project Manager** | Bassam Khalifeh
**Budget** | $500k
**Score** |24

### 27. HHS' CATT - CENTER FOR ADDICTIONS TRIAGE & TREATMENT
**Project Manager** | Stuart Spafford
**Budget** | $TBD

### MISCELLANEOUS TENANT IMPROVMENTS

**Project Manager** | Varies
**Budget** | $172.5k
**Score** |24
**Justification** | Each year, funding is set aside for unforeseen projects that may need immediate attention. See the Budget page for examples of where those funds were spent last FY.

Exhibit 1
Page 9 of 22

# OUR COMPLETED 20/21 PROJECTS







## DA's Child Support Relo

Renovated the first floor of Adams Crossing to meet the evolving needs of the District Attorney's Child Support Program.  Moved them from the basement of the Justice Services Building to Adams Crossing.

## DA Furniture Upgrade

Updated carpet, paint and furniture in the District Attorney's office, lobbies, and conference rooms in the Justice Services Builing. Also painted, carpeted and put new furniture in the Old Jail basement break room.





## Facilities Maint. Building Remodel

Using DIRTT Walls, created an office for the Real Property manager and cubes for the team. Updated carpet and paint in the Capital Projects suite.

## Community Corrections Admin

Remodeled the second floor of the old house at Tongue Estate to accommodate the admin team for Community Corrections.

Exhibit 1
Page 10 of 22



### Metzger Park Sport Court

Expanded the court with a special sport surface, added more basketball hoops, added a covered seating shelter, and new landscaping.



### COVID Projects

From temporary courtrooms, spaces for the contact tracers and vaccines, to storage for PPE and other supplies … the Capital Projects Team met the changing needs of the County during the crisis.



### Magnesium Chloride Tanks

Land Use & Transportation uses Mag Chloride on roads to control dust and prevent icing. We installed three new tanks at Walnut Street Center to replace two failing ones and added a containment "tub."



### PSB, Rooms 370 & 380

To make room for employees of the newly created Office of Equity, Inclusion & Community Engagement, we created three offices and open cubes for up to 12 staff.

Exhibit 1
Page 11 of 22



## Parking Garage Barrier

This life/safety project added wire cable fencing to the roof and the two top floors of the Washington Street parking structure.



## JSB Basement Remodel for DA

Using DIRTT Walls, created two offices and a small conference room where the Child Support Program used to keep their files.



## PSTC Solar Panel Barrier

The solar array at the Public Safety Training Center sits at the edge of the driving range used to practice risky maneuvers. To protect the solar panels, we installed concrete barriers.



## West Slope Library

The library got a long-overdue facelift with new paint, carpet, lighting, furniture and an ADA bathroom. Credit to the Operations/Maintenance crew who took the lead on this.

Exhibit 1
Page 12 of 22



## Scoggins Valley Bathroom

Remodeled a bathroom for staff with an accessible shower, new fixtures and high-efficiency washer and dryer.



## PSB Multipurpose Room & Board Work Session Room

Working with our Grounds Team, we installed two living walls on the first floor of the Public Services Building.



## PSB Executive Furniture

We've begun replacing the heavy, scratched up mahogany furniture with more modern, modular desk systems. We completed three executive offices this FY.



## Community Corrections at JSB

On the second floor of the Justice Services Building, we reconfigured the space to make room for additional probation officers.

Exhibit 1
Page 13 of 22



## Courtroom 301c

Decades ago, many windows at the Courthouse were covered with plywood /drywall. Judge Menchaca requested some natural light, and we obliged. We also replaced carpet, lights, and cleaned up some of the woodwork.



## HHS' DD Teams Unite at SCE

The Developmental Disabilities group was scattered in three different buildings. We remodeled the space at Service Center East that was previously used by Elections, and brought them all together.



## A&T 2nd Floor Remodel at PSB

The Assessment & Taxation Appraisals team got updates to their suite. We expanded a conference room (removed a hard wall and replaced it with glass) gave them new furniture, paint, lights and carpet.



## Public Safety Training Center

Though mostly complete last fiscal year, finishing touches and additional scope were added in 20/21.

Exhibit 1
Page 14 of 22






## Washington Street Conference Center

This extensive project involved removing the small offices, expanding the training rooms, installing showers and lockers, creating a café, an all-user restroom, and a lactation room. The facility has new furniture, carpet, and lights, sound baffles, a new front door, new HVAC… and many other upgrades.









## Wingspan Conference and Event Center at Westside Commons

The gorgeous 90,000 sf event and conference center at the Washington County Fair Complex took $46 million and about 18 months to build.




Exhibit 1
Page 15 of 22

# BIM YEAR IN REVIEW
*Building Information Management*

## LASER SCANNING

In the last year we have successfully written an RFP, solicited, and contracted for a Laser Scanning project at Washington County. This is a first of its kind adoption of groundbreaking reality capture technology that will facilitate our Capital Improvements and building Operations.
We have scanned the Walnut Street Center envelope. The interiors are for the 4th week of July.

## PROCORE (PIM - Project Information Management software)

In the last year we have successfully written an RFP, solicited, and contracted for a Project Information Management (PIM) platform. Procore is under implementation. We've started adding projects and developing standards.

## BUILDING INFORMATION MANAGEMENT

Developed BIM models for the Law Enforcement Center, the Concessions Building at Hagg Lake, and SE 10.



Developed BIM models for Walnut Street Campus.
Developed BIM models for the Walnut Street Center including Architectural, Structural, Mechanical/Electrical/Plumbing, and FP.



## COST PLAN
Added new buildings to our Cost Plan. Wingspan, Boat Shed, Cornelius Warehouse, Concession Building, the new 622 SE 10th Ave (Econo Lodge), and others.

## STANDARDS
Updated our Owner Project Requirements (OPR).

## CLOSED OUT PROJECTS
Wingspan Event and Conference Center, Washington Street Conference Center

Exhibit 1
Page 16 of 22

# BUDGET UPDATE



| | | | FY 20-21 | | |
|---|---|---|---|---|---|
| Fund | Name | | Budget | Actual | % |
| 232 | BER | 5,324,624.85 | 6,218,391 | 543,041 | 8.7% |
| 353 | FF&C | 2,227,046.15 | 1,926,322 | 309,920 | 16% |
| 356 | General Fund | | 6,314,103 | 2,234,037 | 35% |
| 356 | Special Fund | | 4,828,000 | 988,668 | 20% |
| 356 | Gain Share | | 3,275,856 | - | 0% |
| 356 | Energy Saving | | 292,693 | 101,575 | 35% |
| 359 | WCCCA 911 | 19,327,501.97 | 16,168,000 | 10,028,541 | 62% |
| 380 | Event Center | 3,321,624.92 | 3,635,979 | 2,259,973 | 62% |
| | Total | | 42,659,344 | 16,465,754 | 39% |

| Miscellaneous TI Project  FY 20-21 | 262,500 |
|---|---|
| HHS Developmental Disabilities SCE | (50,000) |
| Public Safety Training Center - Barricades, Water Heater | (50,000) |
| Elections Homeland Security Upgrades - external barriers for building/generator (possible offset with state funds) | (50,000) |
| Balance | 112,500 |
| FTE Growth FY 20-21 | 500,000 |
| DEI/Govt Affairs/ Comm Engagement) [PSB 370 & 380 TI)  ($92k as of 5-6-21) | (136,000) |
| CAO Conference Room | (50,000) |
| HHS Developmental Disabilities SCE | (120,000) |
| LEC | (60,000) |
| A&T Appraisal  PSB (2nd Floor) | (60,000) |
| Balance | 74,000 |

Exhibit 1
Page 17 of 22

WORK ORDERS

# 20/21 WORK ORDERS

In the Fiscal Year 2020/2021, our Systems Furniture Technician team completed a total of **610** work orders. The majority (422) were generated by our valued department liaisons. The rest were either created for the liaisons by our department or were created by the Facilities & Parks Services team for internal projects.

Of these, 38 work orders were related to COVID-19, for a total of 236 labor hours.
28 were ergonomics-related (usually sit/stands, monitor arms or chairs) at 105.5 hours.

Rather than calcuate our work by the number of work orders in each category as we have in the past, we'll begin sharing the percentage of labor hours per category. The chart below shows how our technicians spent their year.



## PRAISE FOR OUR TEAM

*Brandon Hill and team were great, as always!* ● *Greg Ybarra sent a picture in advance to see if the printer cabinet would work. Thank you.* ● *Brandon and Chris the reconfiguration of Lorena and Marianne's spaces is perfect! Thank you so much for being super easy to work with! Having an Outlook appointment set helped everyone know exactly what to expect. Everyone one is happy with the results.* ● *Greg is always cordial, professional, and addresses work promptly. We appreciate him, and everyone who helps take care of our Facilities requests. Thank you.* ● *The dynamic duo of Chris and Brandon to the rescue again! Ask for a 2 drawer rolling cart and WHAM! POW! BANG! rolling cart delivered! We really appreciate all you do to keep us "rolling" along. Thank you! :)* ● *Thank you Greg for pulling and replacing the under desk light. Great thinking on doing a quick replacement over trying to figure out what had gone bad! you rock! :)* ● *Thank you Brandon and Chris for the amazing reconfigure of Stacie's office. It looks just like our drawing!* ● *Greg even volunteered to pick up the shelving himself, as there could be a delay with shipments due to the pandemic. The install was extremely fast and efficient and the gentlemen were helpful and professional. Thank you, Facilities!*

Exhibit 1
Page 18 of 22

| Project Title | General Fund | Special Fund | Gain Share | Energy Savings | Building Equipment Replacement Fund 232 | Full Faith & Credit Borrowing Fund 353 | Emergency Communications System Fund 359 | Event Center Fund 380 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Fiscal year 2020-21 Facilities Capital Projects** | | | | | | | | | |
| Service Center East Tenant Improvement (TI) - Security | $ 200,000 | | | | | | | | 200,000 |
| Blanton Tenant Improvement -Design | 100,000 | | | | | | | | 100,000 |
| Strategic Facility Plan (SFP) | 325,000 | | | | | | | | 325,000 |
| Jury Assembly Room Tenant Improvement | 500,000 | | | | | | | | 500,000 |
| Harkins House Tenant Improvement - Security | 300,000 | | | | | | | | 300,000 |
| LEC: Emerg Mgmt Relocation/TI Investigations TI Executive Suite TI | 300,000 | | | | | | | | 300,000 |
| LEC: Property Evidence TI | 37,500 | 12,500 | | | | | | | 50,000 |
| Housing Services Relocation / TI | 1,200,000 | 30,000 | | | | | | | 1,230,000 |
| Juvenile Services TI | 100,000 | | | | | | | | 100,000 |
| WSC Vehicle Evidence Storage TI | 50,000 | | | | | | | | 50,000.00 |
| All Buildings: Miscellaneous Tenant Improvement | 262,500 | | | | | | | | 262,500 |
| FTE Growth | 500,000 | | - | | | | | | 500,000 |
| WSCC Training/Shower/Locker | 640,000 | | | | | | | | 640,000 |
| Adams Annex Remodel | 50,000 | | | | | | | | 50,000 |
| Jail Pod 5 Cuff Ports | 45,000 | 5,000 | | | | | | | 50,000 |
| Garage Barrier Upgrade to Parking Structure | 350,000 | | | | | | | | 350,000 |
| Fairgrounds - Armory Roof | | 500,000 | | | | | | | 500,000 |
| Fleet - WSC Storage Extension | | 150,000 | | | | | | | 150,000 |
| Fleet - WSC Storage Enclosure | | 75,000 | | | | | | | 75,000 |
| Fleet - Mezzanine Storage | | 100,000 | | | | | | | 100,000 |
| HHS Addiction Treatment Center (Phased) | | 1,250,000 | | | | | | | 1,250,000 |
| LUT PSB 350 ADA Push Button Entry | | 40,000 | | | | | | | 40,000 |
| LUT WSC OPS Conf Room Chairs | | 15,000 | | | | | | | 15,000 |
| LUT WSC OPS TI (A) - Security | | 150,000 | | | | | | | 150,000 |
| LUT WSC CPS/ECS TI (B) - Security | | 250,000 | | | | | | | 250,000 |
| LUT WSC Barco Ops Conf Rm B | | 3,000 | | | | | | | 3,000 |
| WSC Security Camera Upgrade | | 150,000 | | | | | | | 150,000 |
| WSC Rear Entrance Upgrade | | 250,000 | | | | | | | 250,000 |
| West Slope Library - Furniture (Public Area) | | 75,000 | | | | | | | 75,000 |
| West Slope Library - ADA Evaluation | | 25,000 | | | | | | | 25,000 |
| West Slope Library - Workroom TI | | 50,000 | | | | | | | 50,000 |
| West Slope Library - Carpet/Paint (Public Area) | | 100,000 | | | | | | | 100,000 |
| HHS Relocate Staff to Service Center East (previously Elections) | | 100,000 | | | | - | | | 100,000 |
| Jail Waste Filtration System | | 300,000 | | | | | | | 300,000 |
| Courthouse Security Camera Replacement/Upgrade | | 400,000 | | | | | | | 400,000 |
| WSC Covered Equipment Parking Shelter | | 400,000 | | | | | | | 400,000 |
| Animal Shelter Lighting | | | | 25,000 | | | | | 25,000 |
| Flooring Replacement - High Traffic Areas | | | | | 200,000 | | | | 200,000 |
| Replace Elevators | | | | | 450,000 | | | | 450,000 |
| Replace UPS | | | | | 100,000 | | | | 100,000 |
| JUV Air Handler Controls | | | - | | 100,000 | | | | 100,000 |
| LEC/Jail HVAC Upgrades | | | | | 750,000 | | | | 750,000 |
| JSB HVAC Upgrade | | | | | 250,000 | | | | 250,000 |
| PSA HVAC Upgrade | | | | | 50,000 | | | | 50,000 |

Exhibit 1
Page 19 of 22

| Project Title | General Fund | Special Fund | Gain Share | Energy Savings | Building Equipment Replacement Fund 232 | Full Faith & Credit Borrowing Fund 353 | Emergency Communications System Fund 359 | Event Center Fund 380 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Fiscal year 2020-21 Facilities Capital Projects** | | | | | | | | | |
| WSC Air Handler Unit Replacements | | | | | 600,000 | | | | 600,000 |
| WSCC HVAC Replacement | | | | | 200,000 | | | | 200,000 |
| Animal Shelter HVAC Replacement | | | | | 100,000 | | | | 100,000 |
| Emergency Generators | | | | | 150,000 | | | | 150,000 |
| Fire & Security Systems | | | | | 200,000 | | | | 200,000 |
| Animal Shelter Roof | | | | | 120,000 | | | | 120,000 |
| WSC Roof | | | | | 400,000 | | | | 400,000 |
| LEC/Jail Walk In Freezer | | | - | | 120,000 | | | | 120,000 |
| LEC Evidence Refrigerator/Freezer | | | - | | 60,000 | | | | 60,000 |
| Miscellaneous Improvement; Countywide | 1,354,103 | 397,500 | 275,856 | 267,693 | 2,368,391 | 1,926,322 | | | 6,589,865 |
| **subtotals** | **6,314,103** | **4,828,000** | **275,856** | **292,693** | **6,218,391** | **1,926,322** | | **-** | **19,855,365** |
| WSC Seismic Upgrade | - | | 3,000,000 | | | | | | 3,000,000 |
| Event Center | | | | | | | | 3,635,979 | 3,635,979 |
| WCCCA 911 Dispatch Center | | - | - | | | | 16,168,000 | | 16,168,000 |
| **subtotals** | **-** | **-** | **3,000,000** | **-** | **-** | **-** | **16,168,000** | **3,635,979** | **22,803,979** |
| **Totals** | **$ 6,314,103** | **4,828,000** | **3,275,856** | **292,693** | **6,218,391** | **1,926,322** | **16,168,000** | **3,635,979** | **42,659,344** |

Exhibit 1
Page 20 of 22

# 21/22 Master Schedule

| Active Count | Active | Proposed Budget | Assigned To | Proj # | Bldg | Task Name | Status |
|---|---|---|---|---|---|---|---|
| | ☐ | $96,207,909 | | | | ⊟ FY 21-22 | |
| 8 | ☐ | $850,000 | Craig Hanus | | | ⊟ Craig Hanus  ( 8 ) | |
| 1 | ☑ | $300,000 | Craig Hanus | 2022 | Harkins House | Tenant Improvement - Security | In Progress |
| 1 | ☑ | $300,000 | Craig Hanus | 2035 | Just. Serv. Bldg | Hearing Room - State Courts | In Progress |
| 1 | ☑ | $100,000 | Craig Hanus | 2045 | Blanton | Blanton Discovery | In Progress |
| 1 | ☑ | $150,000 | Craig Hanus | 2107 | Harkins House | HVAC Upgrade | In Progress |
| 1 | ☑ | $0 | Craig Hanus | | County | Procore | |
| 1 | ☑ | $0 | Craig Hanus | | County | BIM | |
| 1 | ☑ | $0 | Craig Hanus | | County | Laser Scanning | |
| 1 | ☑ | $0 | Craig Hanus | | County | Cost Plan | |
| 7 | ☐ | $5,542,500 | Stuart Spafford | | | ⊟ Stuart Spafford  ( 7 ) | |
| 1 | ☑ | $50,000 | Stuart Spafford | 2027 | Walnut St Center | Vehicle Evidence Storage TI | In Progress |
| 1 | ☑ | $1,250,000 | Stuart Spafford | 2040 | Unknown | CATT: HHS Center for Addictions Triage and Treatment | In Progress |
| 1 | ☑ | $120,000 | Stuart Spafford | 5114 | Animal Shelter | Roof | In Progress |
| 3 | ☐ | $3,300,000 | Stuart Spafford | | County | ⊟ HVAC Projects | |
| 1 | ☑ | $100,000 | Stuart Spafford | 2006 | Juvenile Serv. Bldg | Air Handler Controls | In Progress |
| 1 | ☑ | $100,000 | Stuart Spafford | 5113 | Animal Shelter | HVAC Replacement | In Progress |
| 1 | ☑ | $2,000,000 | Stuart Spafford | | LEC and Jail | HVAC Upgrade | In Progress |
| 0 | ☐ | $350,000 | Stuart Spafford | | Courthouse Complex | HVAC Controls Upgrade | Not Started |
| 0 | ☐ | $750,000 | Stuart Spafford | | Just. Serv. Bldg | HVAC Valves Upgrade | Not Started |
| 1 | ☑ | $50,000 | Stuart Spafford | | Animal Shelter | HHS Animal Services Incinerator Removal | Not Started |
| 0 | ☐ | $300,000 | Stuart Spafford | 2023 | LEC | Emerg Mgmt Relocation / TI | On Hold |
| 0 | ☐ | $22,500 | Stuart Spafford | | LEC | Investigations Interview Rooms AV Upgrades | Not Started |
| | ☐ | $90,000 | Stuart Spafford | | Jail | Anti-Jump barriers (study) in second tier of 9 Pods. | Not Started |
| 0 | ☐ | $100,000 | Stuart Spafford | | County | ⊟ Flooring Replacements | |
| | ☑ | | | | LEC | Records area at LEC | Not Started |
| 0 | ☐ | $75,000 | Stuart Spafford | | Pub. Serv. Bldg | A&T Business Support Position Space Reconfiguration | Not Started |
| 0 | ☐ | $75,000 | Stuart Spafford | | Elam Young | HHS DAVS Tenant Improvement | Not Started |
| *0* | ☐ | *$50,000* | *Stuart Spafford* | | *Courthouse* | *Courtroom Windows* | *Complete* |
| *0* | ☐ | *$60,000* | *Stuart Spafford* | *2034* | *Pub. Serv. Bldg* | *A&T Appraisal TI PSB (2nd Floor)* | *Complete* |
| 2 | ☐ | $400,000 | Bassam Khalifeh | | | ⊟ Bassam Khalifeh  ( 2 ) | |
| 1 | ☑ | $325,000 | Bassam Khalifeh | 2020 | County | Strategic Facility Plan (SFP) | In Progress |
| 0 | ☐ | | Bassam Khalifeh | | Pub. Serv. Bldg | County Counsel Offices | Not Started |
| | ☐ | $75,000 | Bassam Khalifeh | | Parking Garage | Parking Structure Study | Not Started |
| 1 | ☑ | | Bassam Khalifeh | | Pub. Serv. Bldg | Board Work Session Table | In Progress |
| | ☐ | | Bassam Khalifeh | | Courthouse | Remove windows, courtroom 210 | Not Started |
| 11 | ☐ | $28,394,025 | David Johnson | | | ⊟ David Johnson  ( 11 ) | |
| 0 | ☐ | $300,000 | David Johnson | 2001 | County | ⊟ Elevator Modernization | In Progress |
| 1 | ☑ | | David Johnson | | Service Center East | SCE | |
| 1 | ☑ | | David Johnson | | Just. Serv. Bldg | JSB Staff elevator | |
| 0 | ☐ | | | | Jail | Pod 2 repair/replacement | |
| 0 | ☐ | $200,000 | David Johnson | 2002 | County | ⊟ Fire & Security Systems | In Progress |
| 1 | ☑ | | | | Walnut Street Center | | |
| 1 | ☑ | | | | Washington Street Conference Center | | |
| 1 | ☑ | $200,000 | David Johnson | 2021 | Service Center East | Courtroom Security TI | In Progress |
| 1 | ☑ | | David Johnson | | Public Safety Training Center | Additional Scope (range heater) | In Progress |
| 1 | ☑ | $50,000 | David Johnson | 2024 | LEC | Property Evidence TI | In Progress |
| 1 | ☑ | $750,000 | David Johnson | 2030 | LEC | Jail Security System | In Progress |
| 1 | ☑ | | David Johnson | 2043 | Sun-Tech | Elections Perimeter Security | In Progress |
| 1 | ☑ | $26,051,379 | David Johnson | 3072 | WCCCA | WCCCA 911 Dispatch Center | In Progress |
| 1 | ☑ | $127,646 | David Johnson | 5007 | LEC | Walk In Freezer | In Progress |

Exhibit 1
Page 21 of 22

| Active Count | Active | Proposed Budget | Assigned To | Proj # | Bldg | Task Name | Status |
|---|---|---|---|---|---|---|---|
| 1 | ☑ | $25,000 | David Johnson | 5115 | Animal Shelter | Lighting | In Progress |
| 1 | ☑ | $50,000 | David Johnson | | Pub. Serv. Annex | HVAC Upgrade | In Progress |
| 1 | ☑ | | David Johnson | | Service Center East | Lactation Room & All-user Bathroom | In Progress |
| 1 | ☑ | $200,000 | David Johnson | | LEC | Training Room Multi-Media Projection Technology Upgrade | In Progress |
| 0 | ☐ | $150,000 | David Johnson | | Jail | Jail Shower TI / Repair | Not Started |
| 0 | ☐ | $40,000 | David Johnson | | Bethany   Sheriffs Office | Ballistic Glass | Not Started |
| 0 | ☐ | $250,000 | David Johnson | 2042 | West SI Library | Tenant Improvement | Complete |
| 8 | ☐ | $61,021,384 | Geoffrey Kavulya | | | ⊟ Geoffrey Kavulya  ( 8  ) | |
| 1 | ☐ | $150,000 | Geoffrey Kavulya | 2004 | County | ⊟ Emergency Generators | In Progress |
| 1 | ☑ | | Geoffrey Kavulya | | Walnut St Warehouse | Trailer-mounted generator | In Progress |
| 1 | ☑ | $1,200,000 | Geoffrey Kavulya | 2025 | Adams Crossing | Housing Services Relocation / TI | In Progress |
| 1 | ☑ | $100,000 | Geoffrey Kavulya | 2026 | Juvenile Serv. Bldg | Tenant Improvement | In Progress |
| 1 | ☑ | $400,000 | Geoffrey Kavulya | 5129 | Walnut St Center | LUT Covered Equipment Parking Shelter | In Progress |
| 1 | ☑ | $100,000 | Geoffrey Kavulya | | Service Center East | Maternal Nurses Tenant Improvement | In Progress |
| 1 | ☑ | $375,000 | Geoffrey Kavulya | | Econo Lodge Respite Shelter- Housing Department | Homeless Respite Shelter Tenant Improvement | In Progress |
| 1 | ☐ | $5,500,000 | Geoffrey Kavulya | 3070 | Walnut St Center | ⊟ Combined Seismic Projects | In Progress |
| 1 | ☑ | $3,000,000 | Geoffrey Kavulya | 3070 | Walnut St Center | Seismic Upgrade RFP | In Progress |
| 0 | ☐ | $1,500,000 | Geoffrey Kavulya | | Walnut St Center | HVAC Upgrade | Not Started |
| 0 | ☐ | $800,000 | Geoffrey Kavulya | | Walnut St Center | Roof | Not Started |
| 0 | ☐ | $75,000 | Geoffrey Kavulya | | Walnut St Center | Fleet - WSC Storage Enclosure | Carried Over |
| 0 | ☐ | | Geoffrey Kavulya | | Walnut St Center | LUT CPS/ECS TI (B) - Security | On Hold |
| 0 | ☐ | $10,000 | Geoffrey Kavulya | | Walnut St Center | LUT WSC Barco Ops Conf Rm B | On Hold |
| 0 | ☐ | $15,000 | Geoffrey Kavulya | | Walnut St Center | LUT WSC OPS Conf Room Chairs | Carried Over |
| 0 | ☐ | $100,000 | Geoffrey Kavulya | | Walnut Street Center | Replace UPS | Carried Over |
| 0 | ☐ | $25,000 | Geoffrey Kavulya | | Walnut St Center | LUT Racking System | Not Started |
| 0 | ☐ | $0 | Geoffrey Kavulya | 4004 | Courthouse | Security Camera Replacement/Upgrade | Carried Over |
| 0 | ☐ | $400,000 | Geoffrey Kavulya | | Community Corr | Community Corrections Center Bathroom Repair | Not Started |
| 0 | ☐ | $200,000 | Geoffrey Kavulya | | Jail | Security TI (mechanical door renovation) | Not Started |
| 0 | ☐ | $200,000 | Geoffrey Kavulya | | Jail | Grease Interceptor | Not Started |
| 0 | ☐ | $75,000 | Geoffrey Kavulya | | Just. Serv. Bldg | DA Basement Reception Redesign | Not Started |
| 0 | ☐ | $75,000 | Geoffrey Kavulya | | Just. Serv. Bldg | DA Basement Office TI (divide office) | Not Started |
| 0 | ☐ | $50,000 | Geoffrey Kavulya | | Scoggins Valley Park | Pole Barn | Carried Over |
| 0 | ☐ | $210,000 | Geoffrey Kavulya | 5034 | Just. Serv. Bldg | ⊞ Community Corrections | Complete |
| 0 | ☐ | $200,000 | Geoffrey Kavulya | 5122 | Just. Serv. Bldg | DA Office Remodel | Complete |
| 0 | ☐ | $500,000 | Geoffrey Kavulya | 2041 | Westside Commons | Armory Roof | Complete |
| 1 | ☑ | $51,161,384 | Geoffrey Kavulya | 3094 | Westside Commons | The Wingspan | Complete |
| 0 | ☐ | $100,000 | Geoffrey Kavulya | | Westside Commons | Asphalt Paving and Irrigation System | Complete |

Exhibit 1
Page 22 of 22

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **DECLARATION OF LAUREL BROWN IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** on the following attorneys on the date noted below via the following method:

Ethan Levi
Jesse Merrithew
Bailey McQueen-Rose
Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
Fax: (971)-544-7092
Email: ethan@lmhlegal.com
        jesse@lmhlegal.com
        Bailey@lmhlegal.com
        *Of Attorneys for Plaintiff*

Method:  ☐ US Mail, postage prepaid
         ☒ Email – Courtesy Copy
         ☐ Facsimile
         ☐ Hand Delivery
         ☒ CM/ECF Electronic Service

Dated this 10th day of August, 2026.


BY: *Vicki M. Smith*
    Vicki M. Smith, OSB No. 015110
    Email: smith@csw-law.com
    Phone: (503) 675-4306
    Fax: (503) 386-2086

    Of Attorneys for Defendants Aaron Gordon, Brandon
    Toney, and Washington County


Page 1 - CERTIFICATE OF SERVICE

# Brown Decl ISO MSJ 8-10-2026

Final Audit Report                                                                    2026-08-11

| | |
|---|---|
| Created: | 2026-08-11 |
| By: | Samantha Cabrera-Dixon (cabrera-dixon@csw-law.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnmisSIj6qgXPjXTZ0gCL2T_UW13cr4Rz |

## "Brown Decl ISO MSJ 8-10-2026" History

Document created by Samantha Cabrera-Dixon (cabrera-dixon@csw-law.com)
2026-08-11 - 0:00:41 AM GMT

Document emailed to Laurel Brown (laurel_brown@washingtoncountyor.gov) for signature
2026-08-11 - 0:00:55 AM GMT

Email viewed by Laurel Brown (laurel_brown@washingtoncountyor.gov)
2026-08-11 - 0:05:23 AM GMT

Document e-signed by Laurel Brown (laurel_brown@washingtoncountyor.gov)
Signature Date: 2026-08-11 - 0:22:47 AM GMT - Time Source: server - Signature Appearance Selected: TYPE

Agreement completed.
2026-08-11 - 0:22:47 AM GMT

Adobe Acrobat Sign